# RECONSIDERATION DOCKET

**98–1974.   State ex rel. Sysco Food Serv. of Cleveland, Inc. v. Indus. Comm.**

In Mandamus. Reported at 89 Ohio St.3d 612, 734 N.E.2d 361. On motion for reconsideration and on *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by the Ohio Self–Insurers' Association.

Motions denied.

Douglas, Cook and Lundberg Stratton, JJ., dissent.